THOMAS DE YBARRA and Another, Copartners, etc., Appellants, v. GEORGE MOSCAHLADES and Others, as Copartners, etc., Respondents.— Judgment and order reversed and new trial ordered, with costs to appellants to abide the event, on the authority of *Krauter* v. *Menchacatorre* (202 App. Div. 200).  Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

JAMES E. SMITH, Respondent, v. MICHELIN TIRE COMPANY, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.; Clarke, P. J., and Smith, J., dissenting.

HARRY A. GORDON, Respondent, v. MARK L. ABRAHAMS and Others, Impleaded with Hyman Oronsky, Appellant.— Judgment and order affirmed, with costs. No opinion.  Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

DUILIO SHERBO, Appellant, v. CLOVER GARDENS, INC., and Another, Respondents. — Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

In the Matter of the Judicial Settlement of the Account of CENTRAL UNION TRUST COMPANY OF NEW YORK, as Executor, etc., of AUGUST J. ROECK, Deceased. — Decree affirmed, with costs to all parties appearing by separate counsel and filing briefs payable out of the estate, on the opinion of Schulz, S.  [Reported in 119 Misc. Rep. 190.]  Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

LEON B. GINSBURG and Another, as Executors, etc., of MORRIS BECK, Deceased, Suing on Behalf of Themselves and All Other Stockholders of the BECK NOVELTY Co., INC., Similarly Situated, etc., Respondents, v. IRVING BECK and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

JAMES D. FESSENDEN, Respondent, v. THE CITY OF NEW YORK, Appellant, Impleaded with Another.— Judgment reversed, with costs, and complaint dismissed, with costs, upon the ground that the evidence discloses no actionable negligence on the part of the defendant.  Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

ISRAEL YATROFSKY, Appellant, v. DORA RUBINSTEIN, Respondent.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of NORA DISKIN, Respondent, v. SAM FOREITER, Appellant.— Order affirmed. No opinion.  Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of JOHN MORRIS, Petitioner, for a Certiorari Order to Review the Determination of RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, Respondent, Dismissing Petitioner, etc.— Order dismissed and proceeding confirmed, with fifty dollars costs.  No opinion.  Present Clarke, P. J., Smith, Merrell and McAvoy, JJ.

BIRD S. COLER, Commissioner of Public Charities of the City of New York, on the Complaint of MADELINE SPOHRER, Respondent, v. FREDERICK YOUNG, Appellant.— Order affirmed.  No opinion.  Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.